**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| ONEWOO CORPORATION and<br>V.J.ONE CORPORATION,<br><br>                             Plaintiffs,<br><br>       v.<br><br>HAMPSHIRE BRANDS, INC.,<br>HAMPSHIRE GROUP, LIMITED,<br>PAUL BUXBAUM and WILLIAM<br>DROZDOWSKI,<br><br>                           Defendants. | Adversary Proceeding No.: 17-01008 |

**DECLARATION OF EVAN J. ZUCKER IN SUPPORT OF MOTION**
**OF HAMPSHIRE BRANDS, INC. AND HAMPSHIRE GROUP, LIMITED**
**TO TRANSFER ACTION TO THE UNITED STATES**
**BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

I, Evan J. Zucker, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.      I am a member in good standing of the Bars of the State of New York and the

United States District Court for the Southern District of New York.  I am an associate at the law

firm of Blank Rome LLP, with its offices located at 405 Lexington Avenue, New York, NY

10174-0208, counsel for defendants Hampshire Brands, Inc. and Hampshire Group, Limited

("Debtor Defendants" or "Hampshire") in the above-captioned matter.  I am familiar with the

subject matter of this action and have personal knowledge of the facts set forth herein.  I submit

this Declaration in support of Hampshire's motion ("Motion") to transfer venue of the present

action – which was originally commenced in the United States District Court for the Southern

District of New York ("District Court"), Case No. 1:16-cv-04623-PKC, and was subsequently

removed to this Court ("Removed Action") – to the United States Bankruptcy Court for the

District of Delaware ("Delaware Bankruptcy Court") where the Debtor Defendants' jointly

administered chapter 11 cases captioned In re Hampshire Group, Limited, *et al*., Case No. 16-12634 (BLS) are currently pending.

2.      Attached as Exhibit A are true and correct copies of the chapter 11 petitions of Hampshire Group, Limited and Hampshire Brands, Inc., Delaware Bankruptcy Court Case Nos. 16-12634 (BLS) and 16-12635 (BLS), Docket No. 1.

3.      Attached as Exhibit B is a true and correct copy of Hampshire's home page, http://www.hamp.com/ (last accessed January 17, 2017).

4.      Attached as Exhibit C is a true and correct copy of the Declaration of William Drozdowski in Support of Chapter 11 Petitions and Various First Day Motions, Delaware Bankruptcy Court Case. No. 16-12634 (BLS), Docket No. 12.

5.      Attached as Exhibit D is a true and correct copy of the Removed Action Complaint, District Court Case No. 1:16-cv-04623-PKC, Docket No. 1.

6.      Attached as Exhibit E is a true and correct copy of an excerpt from Hampshire Group, Limited's schedules of assets and liabilities (Schedule D and Schedule E/F), Delaware Bankruptcy Court Case No. 16-12634 (BLS), Docket No. 110.

7.      Attached as Exhibit F are true and correct copies of the Removed Action Answers, District Court Case No. 1:16-cv-04623-PKC, Docket Nos. 16 and 17.

8.      Attached as Exhibit G are true and correct copies of Hampshire Group, Limited's Certificate of Incorporation Certificate of Incorporation and related documents.

9.      Attached as Exhibit H are true and correct copies of Plaintiffs' Motion for Prejudgment Attachment and the Supporting Memorandum of Law, District Court Case No. 1:16-cv-04623-PKC, Docket Nos. 27 and 28.

10.     Attached as Exhibit I is a true and correct copy of Hampshire's Opposition to Motion for Prejudgment Attachment, District Court Case No. 1:16-cv-04623-PKC, Docket No. 34.

11.     Attached as Exhibit J is a true and correct copy of Intervenor Salus Capital Partners, LLC's Memorandum in Support of its Motion to Intervene on a Limited Basis and in Opposition to Plaintiffs' Motion For Attachment, District Court Case No. 1:16-cv-04623-PKC, Docket No. 41.

12.     Attached as Exhibit K is a true and correct copy of the Memorandum and Order Granting Motion for Prejudgment Attachment, District Court Case No. 1:16-cv-04623-PKC, Docket No. 60.

13.     Attached as Exhibit L is a true and correct copy of the Order Denying Defendants Paul Buxbaum and William Drozdowski's Motion to Dismiss, District Court Case No. 1:16-cv-04623-PKC, Docket No. 61.

14.     Attached as Exhibit M is a true and correct copy the Delaware Bankruptcy Court Stay Extension Order, Delaware Bankruptcy Court Case No. 16-12634 (BLS), Docket No. 87.

15.     Attached as Exhibit N is a true and correct copy of the Notice of Removal (without exhibits).

I declare under penalty of perjury that the foregoing is true and correct.


                                            /s/ Evan J. Zucker
Executed on January 19, 2017                Evan J. Zucker
New York, New York