**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | : |
| | : |
| **ONEWOO CORPORATION, and** | : |
| **V.J.ONE CORPORATION,** | : |
| | : |
| **Plaintiffs** | : |
| | : |
| **v.** | :    **Adv. Pro. No. 17-01008 (MEW)** |
| | : |
| **HAMPSHIRE BRANDS, INC.,** | : |
| **HAMPSHIRE GROUP, LIMITED,** | : |
| **PAUL BUXBAUM and** | : |
| **WILLIAM DROZDOWSKI,** | : |
| | : |
| **Defendants.** | : |

### ORDER DENYING (1) MOTION TO TRANSFER VENUE OF ADVERSARY PROCEEDING, AND (2) MOTION TO REMAND IT TO DISTRICT COURT

Hampshire Brands, Inc. and Hampshire Group, Ltd. (the "Debtors") are debtors in chapter 11 cases that are pending in the United States Bankruptcy Court for the District of Delaware.  The Debtors also are defendants in a civil action (the "Onewoo Action") that was filed by Onewoo Corporation and V.J.One Corporation (together "Onewoo") as plaintiffs in the United States District Court for the Southern District of New York.  On January 24, 2017, the District Court judge referred the matter to this Court "[w]ithout prejudice to the right of any party to move (a) to remand, or (b) transfer to the District of Delaware."

The Debtors filed a motion on January 19, 2017 (the "Transfer Motion") [Dkt. # 2] to transfer the Onewoo Action to the Delaware Bankruptcy Court.  On February 21, 2017, Onewoo filed a motion (the "Remand Motion") (Dkt # 15) seeking to remand the Onewoo Action to the District Court for the Southern District of New York.  The Court heard argument on the Motions

on February 28, 2017 and March 28, 2017.  For the reasons set forth in the Bench Decision

Regarding Motions to Transfer Venue of  Adversary Proceeding or to Remand It to District

Court, dated April 6, 2017, it is hereby

 ORDERED, that the Transfer Motion is denied; and it is further

 ORDERED, that the Remand Motion is denied, without prejudice to the right to seek a

withdrawal of the reference before the District Court.


Dated:  New York, New York
  April 6, 2017


       **s/Michael E. Wiles**
       UNITED STATES BANKRUPTCY JUDGE